UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LEON ST. CLAIR NATION,

                              Plaintiff,

       - against -                                    **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, THE NEW YORK CITY       08 CV 00862 (GEL)
DEPARTMENT OF BUILDINGS, and PATRICIA J.
LANCASTER,

                              Defendants.

------------------------------------------------------------------x

**TO THE CLERK OF THE COURT:**

       **PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record herein on behalf of all of the defendants herein.  Defendants respectfully request that the undersigned attorney receive notice of all docket events via the Electronic Case Filing system, and further request that all documents that are to be served by delivery be served upon the undersigned attorney at the New York City Law Department (Administrative Law Division), 100 Church Street, New York, NY 10007.

Dated:      New York, New York
              January 24, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York

                              By: _____
                                        LOUISE MOED (LM 7442)
                                        Assistant Corporation Counsel
                                        100 Church Street (Admin. Law Div.)
                                        New York, NY 10007
                                        (212) 788-0768 phone
                                        (212) 791-9714 fax
                                        LMOED@LAW.NYC.GOV