


```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED: 2/4/08          │
└─────────────────────────────┘
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LOUISE A. MOED
Phone: (212) 788-0768
Fax: (212) 791-9714
LMOED@LAW.NYC.GOV

February 4, 2008

The Hon. Gerard Lynch
United States District Court
Southern District of New York
500 Pearl Street (Rm 910)
New York, NY 10007

by fax: (212) 805-0436

Re:   Nation v. City, 08 CV 862 (GEL)

Dear Judge Lynch:

    I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, who is handling the above-referenced case.

    I am requesting a <u>waiver of electronic filing of the exhibits to the City's papers in opposition to plaintiff's motion for a preliminary injunction</u>. At oral argument on January 24, 2007, the Court indicated that the City should include in its submission the transcript of the administrative hearing whose outcome plaintiff challenges herein. The transcript runs 460 pages and this exhibit alone exceeds the ECF cumulative limit of 15 MB for a filing, of which limit I was not aware until this morning. I was instructed by the ECF Help Desk that <u>all</u> of the City's exhibits must therefore be filed on paper.

    Thank you for your consideration.

Respectfully submitted,

*Louise Moed*

Louise A. Moed (LM 7442)
Assistant Corporation Counsel

cc: Gregory Chillino, Office of Stuart Klein, attorney for plaintiff, by fax: (212) 564-7845

SO ORDERED

*Gerard E. Lynch*

GERARD E. LYNCH, U.S.D.J.

2/4/08