# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEON ST. CLAIR NATION  Plaintiff, <br><br> -v- <br><br> THE CITY OF NEW YORK, NYC DEPARTMENT OF BUILDINGS, AND PATRICIA J. LANCASTER  Defendant. | Case No. 08-CIV-862 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

LEON ST. CLAIR NATION  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 1/23/08

**Signature of Attorney**

**Attorney Bar Code:** GC8682

Form Rule7_1.pdf  SDNY Web 10/2007