UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEON ST. CLAIR NATION

                          Plaintiff,

                -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF BUILDINGS, and PATRICIA
J. LANCASTER,
                    Defendants.
-------------------------------------------------------------------X

08-CV- 862

**EMERGENCY
DECLARATION OF
GREGORY CHILLINO**

I, Gregory Chillino, pursuant to 28 U.S.C. Section 1746, declare as follows:

1.      I am an attorney with the law firm of Stuart A. Klein. I admitted to practice in the State of New York and the United States District Court, Southern and Eastern Districts.

2.      I submit this declaration in support of Plaintiff's Order to Show Cause to enjoin Defendants from prohibiting the filing of any application or document by Plaintiff with the New York City Department of Buildings, pursuant to Section 26-124(c) of the New York City Administrative Code.

3.      As discussed more fully in the accompanying Memorandum of Law in Support of the Preliminary Injunction, Defendants' application of this provision of law to the Plaintiff not only prevents the Plaintiff from conducting any future business, but prohibits the Plaintiff from filing any document relating to the approximately 200 pending applications before the Department of Buildings.

4.      As stated in the accompanying affidavit of Plaintiff, this prohibition immediately and irreparably harms not only his ability to earn a livelihood, but also

jeopardized the livelihoods of the approximately ten employees employed by Plaintiff's firm.

5.    As the financial hardship imposed on Plaintiff is so severe, and grows more dire each day, it is respectfully requested that this matter be handled on an emergency basis.

6.    On January 23, 2008, at approximately 3:10 p.m., I called Ms. Louise Moed, an advocate for the New York City Law Department. Mr. Klein was previously instructed by Department of Buildings General Counsel Mona Sehgal to contact the New York City Law Department directly should his firm be seeking any injunctive relief regarding the Plaintiff. Mr. Klein previously spoke directly to Ms. Moed who informed him to contact her regarding any motion seeking injunctive relief for the Plaintiff.

7.    Ms. Moed was not in, however, her voice mail message stated that she would be checking her messages. I left Ms. Moed a message informing her that we intended to seek a hearing for a preliminary injunction against the Defendants on the morning of January 24, 2008. As of the writing of this declaration, I had not received a return telephone call.

8.    No prior application has been made for the relief requested herein.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 23, 2008



Gregory Chillino