

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LOUISE A. MOED**
Phone: (212) 788-0768
Fax: (212) 791-9714
LMOED@LAW.NYC.GOV

March 10, 2008

The Hon. Gerard Lynch
United States District Court for the Southern District
500 Pearl Street
New York, NY 10007

      Re:   Nation v. City, 08 CV 862 (GEL)

Dear Judge Lynch:

      I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, who is handling the above-referenced case.

      I am requesting a further enlargement of the City's time to answer or move with respect to the complaint herein. At the February 11, 2008 appearance, this Court granted plaintiff injunctive relief that was to expire at the end of 30 days, by which time, plaintiff was to file an Article 78 petition in state court and seek injunctive relief from that court. Based on that projected timeline, the City requested an enlargement until March 24, 2008 to answer or move to dismiss the complaint, and the Court granted that enlargement.

      Plaintiff's attorneys and the Department of Buildings are now discussing the possibility of resolving the dispute over the discipline imposed on plaintiff, and DOB has agreed to voluntarily extend this Court's injunction in plaintiff's favor until March 31, 2007, at which time plaintiff still has time to file an Article 78 petition and seek injunctive relief if a settlement has not been reached. A motion to dismiss the complaint on <u>Pullman</u> abstention grounds might be deemed premature until such time as plaintiff has filed in state court. The City thus requests a further <u>enlargement to answer or move to dismiss this case until April 21, 2008</u>. Plaintiff's counsel does not object to the City's request.

      Thank you for your consideration.

Respectfully submitted,

SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.
3/11/08

Louise A. Moed (LM 7442)
Assistant Corporation Counsel

cc: Stuart Klein and Gregory Chillino, attorneys for plaintiff, by fax: (212) 564-7845